Norman F. Taylor, Esq. (CSB #127325)
Stephanie R. Tatar, Esq. (CSB #237792
Tarek Zohdy, Esq. (CSB #247775)
**NORMAN TAYLOR & ASSOCIATES**
425 West Broadway, Suite 220
Glendale, CA 91204-1269
Telephone: 818 244-3905
Facsimile: 818 244-6052

Attorneys for Plaintiff JULIE BYBEE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JULIE BYBEE, | CASE NO. 09 CV 1714 JLS NLS |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS PURSUANT TO SETTLEMENT AND ORDER THEREON |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | Judge: Honorable Nita L. Stormes |
| Defendant. | |

Pursuant to F.R.C.P. 41(a)(1)(ii), Plaintiff, JULIE BYBEE ("Bybee") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("MCM") through their respective attorneys, hereby stipulate and agree that the present action be dismissed with prejudice, without costs to either party, and that all matters in controversy have been fully settled, compromised and adjourned.

///
///
///
///
///
///

STIPULATION TO DISMISS PURSUANT TO SETTLEMENT AND ORDER THEREON

1

Case No. 09 CV 1714 JLS NLS

1  All parties agree that this Court shall retain jurisdiction to enforce the terms of
2  the Confidential Settlement Agreement and Release of Claims and this Stipulation.

3  For Plaintiff, JULIE BYBEE

   For Defendant, MIDLAND CREDIT MANAGEMENT, INC.

_____
Tarek Zohdy
Norman Taylor & Associates

_____
Hannah Fabrikant,
Mulvaney, Kahan & Barry

## ORDER

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT THIS MATTER IS DISMISSED WITH PREJUDICE AND THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT.

Dated: _____

_____
Hon. Nita L. Stormes

---

STIPULATION TO DISMISS PURSUANT TO SETTLEMENT AND ORDER THEREON
MCMI.143.221685.1

2

Case No. 09 CV 1714 JLS NLS

All parties agree that this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement and Release of Claims and this Stipulation.

| For Plaintiff, JULIE BYBEE | For Defendant, MIDLAND CREDIT MANAGEMENT, INC. |
|---|---|
| Tarek Zohdy,<br>Norman Taylor & Associates | Hannah Fabrikant,<br>Mulvaney, Kahan & Barry |

## ORDER

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT THIS MATTER IS DISMISSED WITH PREJUDICE AND THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT.**

Dated: _____

Hon. Nita L. Stormes

---

STIPULATION TO DISMISS PURSUANT TO SETTLEMENT AND ORDER THEREON

Case No. 09 CV 1714 JLS NLS

MCMI.143.221685.1

2