# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BYBEE,<br><br>                        Plaintiff,<br>    vs.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                        Defendant. | CASE NO. 09-CV-1714 JLS (NLS)<br><br>**ORDER: DISMISSING ACTION**<br><br>(Doc. No. 13.) |

Presently before the Court is the parties' joint stipulation of dismissal. (Doc. No. 13.) Good cause appearing, this action is hereby **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorneys' fees. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 2, 2010

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge