# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BYBEE,<br><br>         Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>         Defendant. | CASE NO. 09-CV-1714 JLS (NLS)<br><br>**ORDER: DISMISSING ACTION**<br><br>(Doc. No. 13.) |

   Presently before the Court is the parties' joint stipulation of dismissal.  (Doc. No. 13.)  Good cause appearing, this action is hereby **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorneys' fees.  The Clerk shall close the file.

   IT IS SO ORDERED.

DATED:  April 2, 2010

               _____
               Honorable Janis L. Sammartino
               United States District Judge

09cv1714